1092

Appendix D under seal granted.    Certiorari denied. ▮

No. 89–1317.    NATIONAL SHOPMEN PENSION FUND *v.* MC-DANIEL ET AL.    C. A. 9th Cir.    Motion of National Roofing Industry Pension Fund for leave to file a brief as *amicus curiae* granted.    Certiorari denied.    JUSTICE WHITE would grant certiorari. ▮

No. D–837.    IN RE DISBARMENT OF MARCONE, 493 U. S. 1066;
No. 88–1353.    UNITED STATES *v.* VERDUGO-URQUIDEZ, *ante,* p. 259;
No. 88–1480.    REVES ET AL. *v.* ERNST & YOUNG, *ante,* p. 56;
No. 88–7299.    PRUITT *v.* GEORGIA, 493 U. S. 1093;
No. 89–525.    POPAL *v.* UNITED STATES, 493 U. S. 1069;
No. 89–908.    AUTOMOBILE CLUB OF MICHIGAN, AKA AAA, ET AL. *v.* BULLOCK, 493 U. S. 1072;
No. 89–939.    HEALTHAMERICA ET AL. *v.* MENTON, 493 U. S. 1093;
No. 89–976.    SUTTON *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., 493 U. S. 1075;
No. 89–1053.    CAMOSCIO *v.* BOARD OF REGISTRATION IN PODIATRY, 493 U. S. 1079;
No. 89–1065.    CAMOSCIO *v.* MURPHY ET AL., 493 U. S. 1079;
No. 89–1070.    TERRY *v.* VIRGINIA, 493 U. S. 1080;
No. 89–5223.    MACK *v.* ILLINOIS, 493 U. S. 1093;
No. 89–5877.    BROWN *v.* LABORERS' INTERNATIONAL UNION OF NORTH AMERICA ET AL., 493 U. S. 1082;
No. 89–5927.    HASSAN *v.* NEW JERSEY ET AL., 493 U. S. 1028;
No. 89–6005.    WILKERSON *v.* SMITH, WARDEN, *ante,* p. 1005;
No. 89–6040.    MORALES *v.* OFFICE OF PERSONNEL MANAGEMENT, 493 U. S. 1060;
No. 89–6208.    EIERLE *v.* LAMBDIN, SUPERINTENDENT, GLADES CORRECTIONAL INSTITUTE, ET AL., 493 U. S. 1084;
No. 89–6222.    GIBBONS, NKA RACZKOWSKI *v.* L. W. BLAKE MEMORIAL HOSPITAL ET AL., 493 U. S. 1085;
No. 89–6240.    MCGHEE *v.* CITY OF LOS ANGELES DEPARTMENT OF WATER AND POWER ET AL., 493 U. S. 1085;
No. 89–6246.    TASBY, AKA AMEN-RA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 493 U. S. 1085;

No. 89–6247.  WOOL *v.* FEFEL ET AL., 493 U. S. 1085;

No. 89–6267.  CHANDLER *v.* MOORE ET AL., 493 U. S. 1086;

No. 89–6321.  IN RE KLEINSCHMIDT, 493 U. S. 1068;

No. 89–6361.  SPYCHALA *v.* CAMPOY, 493 U. S. 1090;

No. 89–6369.  WARREN *v.* TEXAS, 493 U. S. 1090;

No. 89–6373.  KEYES *v.* SAN FRANCISCO PROBATION DEPARTMENT, *ante,* p. 1006;

No. 89–6378.  KIM *v.* CALIFORNIA ET AL., *ante,* p. 1006;

No. 89–6391.  AKMANSOY *v.* KLEVENHAGEN ET AL., *ante,* p. 1006;

No. 89–6418.  MORRIS *v.* DEPARTMENT OF SOCIAL SERVICES, *ante,* p. 1018;

No. 89–6428.  IN RE MADSON, *ante,* p. 1015; and

No. 89–6432.  STREET *v.* JABE, WARDEN, *ante,* p. 1018.  Petitions for rehearing denied.